# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COLLINS,<br><br>        Petitioner,<br><br>        v.<br><br>S.R. MOORE, et al.,<br><br>        Respondents.<br>_____/ | Case No. 2:08-cv-00441-GEB-KJM-P<br><br>**ORDER.** |

GOOD CAUSE APPEARING, the Court hereby grants petitioner's request to file his opposition to Respondent's Request for Stay Pending the Issuance of the Mandate in *Hayward* on or before August 14, 2008.

DATED: August 7, 2008.

_____
U.S. MAGISTRATE JUDGE