CATHERINE CAMPBELL, ESQ., 65103
PO Box 4470
Fresno, CA 93744
(559) 498.8140

Attorney for Petitioner
GERALD COLLINS

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD COLLINS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>S. R. MOORE, Warden, et al.,<br><br>　　　　　Respondents.<br>_____/ | Case No. 2:08-cv-00441-GEB-KJM (HC)<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** NUNC PRO TUNC<br><br>(18 U.S.C. § 3006A) |

GOOD CAUSE APPEARING THEREFORE, the Court hereby appoints Catherine Campbell, Attorney at Law, to represent Petitioner herein effective nunc pro tunc to January 1, 2008. The Clerk of the Court is directed to forward a copy of this order to Assistant Federal Defender Carolyn Wiggin.

DATED: August 20, 2008.

_____
U.S. MAGISTRATE JUDGE