IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD COLLINS,

    Petitioner,                  No. CIV-S-08-0441 GEB KJM P

   vs.

S. R. MOORE, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a prisoner, is proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner contends that his due process rights were violated when he was found unsuitable for parole by Governor Schwarzenegger in 2006 and the Board of Parole Hearings in 2007.

        Respondents request a stay pending the issuance of the mandate in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F. 3d 797 (9th Cir. May 2008). It appears the en banc decision will provide important guidance with respect to insufficiency of evidence claims brought by those denied parole in California including petitioner.

        A review of the court's docket reveals that it is unlikely the court will render a decision in this case before the en banc decision in Hayward is rendered. The court also assumes

1

that if the court were to order the parties to complete briefing concerning the issues raised in petitioner's habeas petition before the decision in <u>Hayward</u> is reached, the court would have to require the parties to re-brief after the decision.

Because the court is not likely to render a decision before the <u>en banc</u> decision in <u>Hayward</u> is filed, a stay of these proceedings is not appropriate. However, given that re-briefing will likely be necessary after the decision, the court will grant respondents an extension of time to file their answer. Their answer will be due no later than sixty days after the <u>en banc</u> decision.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' request for a stay (#20) is denied;

2. Respondents' answer to petitioner's February 20, 2008 petition for writ of habeas corpus is due no later than sixty days after the Ninth Circuit Court of Appeals issues its <u>en banc</u> decision in <u>Hayward v. Marshall</u>, 06-55392. Petitioner's traverse shall be filed no later than thirty days after service of respondents' answer.

DATED: December 2, 2008.

_____
U.S. MAGISTRATE JUDGE

1/jb
coll0441.sty